UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY LOVELL,<br>          Plaintiff,<br>   v.<br>TAYLOR,<br>          Defendant. | Case No. 24-cv-02071-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

    Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. (Dkt. No. 18.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any motion to reopen must have the words MOTION TO REOPEN written on the first page.

    The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** September 24, 2024

_____
WILLIAM H. ORRICK
United States District Judge