UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ANTHONY LOVELL,

        Plaintiff,

  v.

TAYLOR,

        Defendant.

Case No. 24-cv-02071-WHO (PR)

**ORDER DIRECTING THE CLERK TO RE-SERVE THE ORDER OF SERVICE**

The Clerk is directed to re-serve the Order of Service (Dkt. No. 14) on defendant Taylor at the following address:

    Alameda County Sheriff's Office
    Internal Affairs & Civil Litigation Unit
    3 Park Place, Third Floor
    Dublin, CA 94568

The Order of Service is modified as follows: (1) the new dispositive motion deadline is **April 6, 2026**; and (2) defendant shall file an answer in accordance with the Federal Rules of Civil Procedure. Plaintiff Lovell's opposition to the motion shall be filed within 45 days after defendant's motion is filed. Defendant's reply shall be filed within 15 days after the opposition has been filed. The motion shall be deemed submitted on the day the reply brief is due.

**IT IS SO ORDERED.**

**Dated:** December 11, 2025

_____
WILLIAM H. ORRICK
United States District Judge